| AO 10<br>Rev. 1/2010 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2009 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Lynn, Barbara M. | 2. Court or Organization<br><br>U.S.D.C.-No. District of Texas | 3. Date of Report<br><br>05/10/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Active Federal Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>1100 Commerce St., Room 1572<br>Dallas, TX 75242 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member | Executive Board, Southern Methodist University Dedman School of Law |
| 2. Board Member | International Womens Forum - Dallas |
| 3. Trustee | Trust #1 (Dallas, Texas)(Income and Principal Beneficiary) |
| 4. Chair | Judicial Division of the American Bar Association |
| 5. Trustee | Liquidity Trust (Dallas, Texas)(Income and Principal Beneficiary) |
| 6. Co-Trustee* (see Part VIII) | Family Trust (Dallas, Texas)(Income and Principal Beneficiary) |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing Instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2009 | Michael P. Lynn P.C. |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS - *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | ABA | January 8-11, 2009 | Scottsdale, AZ | Litigation Winter Meeting | Transportation, meals, hotel |
| 2. | ABA | February 10-15, 2009 | Boston, MA | Midyear Meeting | Transportation, meals, hotel |
| 3. | University of Texas Law School Foundation | March 5-7, 2009 | Austin, TX | Judicial Clerkship Workshop | Transportation, meals, hotel |
| 4. | ABA | April 21-23, 2009 | Washington, DC | ABA Day | Transportation, meals, hotel |
| 5. | Southeastern Bankruptcy Law Institute, Inc. | April 23-25, 2009 | Atlanta, GA | Southeastern Bankruptcy Law Institute, Inc. | Transportation, meals, hotel |
| 6. | University of Texas School of Law | April 29-May 1, 2009 | Austin, TX | Summit on Law & Leadership | Transportation, meals, hotel |

| Name of Person Reporting | - | Date of Report |
|---|---|---|
| Lynn, Barbara M. | | 05/10/2010 |

| 7. | ABA | May 7-9, 2009 | Charlotte, NC | ABA Program | Transportation, meals, hotel |
|---|---|---|---|---|---|
| 8. | American Jewish Congress | June 14-16, 2009 | Washington, DC | American Jewish Congress Speaker | Transportation, meals, hotel |
| 9. | ABA | July 10-11, 2009 | Chicago, IL | Judicial Division Planning Meeting | Transportation, meals, hotel |
| 10. | ABA | July 29-August 2, 2009 | Chicago, IL | Judicial Outreach Meeting | Transportation, meals, hotel |
| 11. | ABA | October 1-3, 2009 | Chicago, IL | Litigation Fall Leadership Meeting | Transportation, meals, hotel |
| 12. | ABA | November 4-5, 2009 | Washington, DC | ABA Section of Law & Labor CLE Program | Transportation, meals, hotel |
| 13. | St. Mary's University | November 11, 2009 | San Antonio, TX | Guest Teacher | Transportation |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M. | 05/10/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M. | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Schwab & Vanguard Account #1 (includes 2- 22) | | | | | | | | | |
| 2. -Vanguard Ext. Mkt Idx Adm | B | Dividend | M | T | | | | | |
| 3. -Vanguard Prime Money Mkt | | | | | Buy | 9/3 | M | | |
| 4. -Vanguard Prime Money Mkt | | | | | Sold | 9/14 | L | A | |
| 5. -Vanguard Prime Money Mkt | A | Dividend | | | Sold | 9/24 | L | A | |
| 6. -Vanguard Int Term TE Adm | | | | | Redeemed | 1/26 | J | A | |
| 7. -Vanguard Int Term TE Adm | | | | | Redeemed | 4/27 | J | A | |
| 8. -Vanguard Int Term TE Adm | | | | | Buy | 7/14 | J | | |
| 9. -Vanguard Int Term TE Adm | | | | | Redeemed | 7/27 | J | A | |
| 10. -Vanguard Int Term TE Adm | | | | | Sold | 9/24 | O | A | |
| 11. -Vanguard Int Term TE Adm | | | | | Redeemed | 10/26 | J | A | |
| 12. -Vanguard Int Term TE Adm | | | | | Buy | 11/30 | K | | |
| 13. -Vanguard Int Term TE Adm | C | Dividend | O | T | | | | | |
| 14. -Vanguard LT TE Adm | F | Dividend | | | Sold | 9/24 | O | D | |
| 15. -Vanguard 500 Idx Adm | D | Dividend | N | T | | | | | |
| 16. -Vanguard Tax Managed Cap Ap Adm | D | Dividend | O | T | | | | | |
| 17. -Vanguard Tlt Int Index | D | Dividend | O | T | Sold | 9/24 | M | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M. | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Vanguard Tlt Stk Ix Adm | | | | | Buy | 9/24 | P1 | | |
| 19. -Vanguard Tlt Stk Ix Adm | | | | | Buy | 11/30 | L | | |
| 20. -Vanguard Tlt Stk Ix Adm | D | Dividend | P1 | T | | | | | |
| 21. -Vanguard Tax Exempt Money Mkt | | | | | Buy | 9/14 | L | | |
| 22. -Vanguard Tax Exempt Money Mkt | A | Dividend | J | T | Sold | 11/30 | L | A | |
| 23. Vanguard Account #2 (includes 24-32) | | | | | | | | | |
| 24. -Vanguard Prime Money Mkt Fund | | | | | Buy | 9/3 | M | | |
| 25. -Vanguard Prime Money Mkt Fund | | | | | Sold | 9/14 | L | A | |
| 26. -Vanguard Prime Money Mkt Fund | A | Dividend | | | Sold | 9/24 | L | A | |
| 27. -Vanguard Int Tax Ex Adm | D | Dividend | M | T | Buy | 11/30 | K | | |
| 28. -Vanguard Ltd-Term Tax-Exempt Adm | C | Dividend | M | T | Buy | 7/14 | J | | |
| 29. -Vanguard Ttl Stk Mkt Idx Adm | | | | | Buy | 9/24 | L | | |
| 30. -Vanguard Ttl Stk Mkd Idx Adm | B | Dividend | M | T | Buy | 11/30 | L | | |
| 31. -Vanguard Tax Exempt Money Mkt Fund | | | | | Buy | 9/14 | L | | |
| 32. -Vanguard Tax Exempt Money Mkt Fund | A | Dividend | J | T | Sold | 11/30 | K | | |
| 33. Schwab & Vanguard Account #3 (includes 34) | | | | | | | | | |
| 34. -Vanguard Tax Ex MM | A | Dividend | M | T | Buy | 4/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M. | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., ren, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Schwab & Vanguard IRA Rollover #1 (includes 36-42) | | | | | | | | | |
| 36. -Vanguard High-Yield Corp Fund Adm | E | Dividend | | | Sold | 9/24 | N | A | |
| 37. -Vanguard Int Inv Grade Adm | D | Dividend | N | T | Buy | 9/24 | N | | |
| 38. -Vanguard Tlt Bnd Mkt Idx Adm | D | Dividend | O | T | Buy | 9/24 | O | | |
| 39. -Vanguard ST Inv Grade Adm | C | Dividend | N | T | Buy | 9/24 | N | | |
| 40. -Vanguard Strategic Equity Fund | | | | | Sold | 9/24 | N | A | |
| 41. -Vanguard Primecap Adm | | | | | Sold | 9/24 | O | A | |
| 42. -Vanguard Windsor II Fund Adm | C | Dividend | | | Sold | 9/24 | N | A | |
| 43. Schwab & Vanguard IRA #1 (includes 44-45) | | | | | | | | | |
| 44. -Vanguard Windsor II Fund Adm | | | | | Sold | 9/24 | L | A | |
| 45. -Vanguard Total Bd Mkt Idx Inv | A | Dividend | L | T | Buy | 9/24 | L | | |
| 46. Trust #1 (includes 47-51) | | | | | | | | | |
| 47. -Vanguard Prime Money Mkt Fund | | | | | Redeemed | 1/15 | J | | |
| 48. -Vanguard Prime Money Mkt Fund | | | | | Sold | 4/15 | J | A | |
| 49. -Vanguard Prime Money Mkt Fund | B | Dividend | M | T | Buy | 8/17 | J | | |
| 50. -Vanguard Tlt Stk Ix Inv | A | Dividend | K | T | | | | | |
| 51. -Pioneer Natural Resources | A | Dividend | J | W | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M. | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Trust #2 (includes 53-56) | | | | | | | | | |
| 53. -Vanguard Tlt Intl Stk Ix Adm | B | Dividend | M | T | | | | | |
| 54. -Vanguard Tlt Stk Ix Adm | | | | | Sold | 4/15 | J | A | |
| 55. -Vanguard Tlt Stk Ix Adm | D | Dividend | N | T | Buy | 8/14 | J | | |
| 56. -Pioneer Natural Resources | A | Dividend | J | W | | | | | |
| 57. Vanguard Trust #3 (includes 58-64) | | | | | | | | | |
| 58. -Vanguard Prime Money Mkt Fund | | | | | Buy | 1/6 | J | | |
| 59. -Vanguard Prime Money Mkt Fund | | | | | Redeemed | 1/21 | J | A | |
| 60. -Vanguard Prime Money Mkt Fund | | | | | Redeemed | 4/15 | J | A | |
| 61. -Vanguard Prime Money Mkt Fund | A | Dividend | K | T | Buy | 6/3 | J | | |
| 62. -Vanguard Int. Tax Ex Inv | B | Dividend | L | T | | | | | |
| 63. -Vanguard Tlt Int Index | A | Dividend | K | T | | | | | |
| 64. -Vanguard Tlt Stk Ix Inv | A | Dividend | L | T | | | | | |
| 65. Vanguard Trust #4 (includes 66-72) | | | | | | | | | |
| 66. -Vanguard Prime Money Mkt Fund | | | | | Buy | 1/6 | J | | |
| 67. -Vanguard Prime Money Mkt Fund | | | | | Redeemed | 1/30 | J | | |
| 68. -Vanguard Prime Money Mkt Fund | | | | | Redeemed | 4/20 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M. | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Vanguard Prime Money Mkt Fund | A | Dividend | K | T | Buy | 6/3 | J | | |
| 70. -Vanguard Int. Tax Ex Inv | B | Dividend | L | T | | | | | |
| 71. -Vanguard Int'l Stk Idx | A | Dividend | K | T | | | | | |
| 72. -Vanguard Tlt Stk Ix inv | B | Dividend | L | T | | | | | |
| 73. Schwab & Vanguard SEP IRA #1 (includes 74-75) | | | | | | | | | |
| 74. -Vanguard Windsor II Fund Inv | A | Dividend | | | Sold | 9/24 | L | A | |
| 75. -Vanguard Ttl Bnd Mkt Idx Inv | A | Dividend | L | T | Buy | 9/24 | L | | |
| 76. Schwab & Vanguard IRA Rollover #2 (includes 77-83) | | | | | | | | | |
| 77. -Vanguard Primecap Adm | | | | | Buy | 7/14 | J | | |
| 78. -Vanguard Primecap Adm | | | | | Sold | 9/24 | N | A | |
| 79. -Vanguard High-Yield Corp Adm | E | Dividend | | | Sold | 9/24 | N | A | |
| 80. -Vanguard Int Inv Grade Adm | C | Dividend | N | T | Buy | 9/24 | N | | |
| 81. -Vanguard Tlt Bd Mkt Idx Adm | D | Dividend | O | T | Buy | 9/24 | O | | |
| 82. -Vanguard ST Inv Grd Adm | B | Dividend | M | T | Buy | 9/24 | M | | |
| 83. -Vanguard Explorer Adm | | | | | Sold | 9/24 | N | A | |
| 84. Schwab & Vanguard IRA #2 (includes 85-86) | | | | | | | | | |
| 85. -Vanguard Windsor II Inv | A | Dividend | | | Sold | 9/24 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M. | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. -Vanguard Tlt Bnd Mkt Idx Inv | A | Dividend | L | T | Buy | 9/24 | L | | |
| 87. Vanguard Trust #1 (includes 88-112) | | | | | | | | | |
| 88. -GM Accep Corp | A | Interest | J | T | | | | | |
| 89. -Gateway Fund Class A | A | Dividend | K | T | | | | | |
| 90. -ING Prime Rate TR | A | Dividend | J | T | | | | | |
| 91. -Vanguard Tax Ex MM | | | | | Buy | 1/6 | J | | |
| 92. -Vanguard Tax Ex MM | | | | | Buy | 1/13 | J | | |
| 93. -Vanguard Tax Ex MM | | | | | Buy | 2/24 | J | | |
| 94. -Vanguard Tax Ex MM | | | | | Buy | 3/9 | J | | |
| 95. -Vanguard Tax Ex MM | | | | | Buy | 3/23 | J | | |
| 96. -Vanguard Tax Ex MM | | | | | Buy | 4/1 | J | | |
| 97. -Vanguard Tax Ex MM | | | | | Sold | 4/6 | L | A | |
| 98. -Vanguard Tax Ex MM | | | | | Buy | 4/17 | J | | |
| 99. -Vanguard Tax Ex MM | | | | | Buy | 5/22 | J | | |
| 100. -Vanguard Tax Ex MM | | | | | Buy | 6/1 | J | | |
| 101. -Vanguard Tax Ex MM | | | | | Buy | 6/22 | J | | |
| 102. -Vanguard Tax Ex MM | | | | | Buy | 6/30 | J | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M. | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -Vanguard Tax Ex MM | | | | | Buy | 6/30 | J | | |
| 104. -Vanguard Tax Ex MM | | | | | Buy | 7/22 | J | | |
| 105. -Vanguard Tax Ex MM | | | | | Buy | 8/24 | J | | |
| 106. -Vanguard Tax Ex MM | | | | | Buy | 9/22 | J | | |
| 107. -Vanguard Tax Ex MM | | | | | Buy | 9/29 | J | | |
| 108. -Vanguard Tax Ex MM | | | | | Buy | 10/22 | J | | |
| 109. -Vanguard Tax Ex MM | | | | | Buy | 11/23 | J | | |
| 110. -Vanguard Tax Ex MM | | | | | Buy | 12/1 | J | | |
| 111. -Vanguard Tax Ex MM | | | | | Buy | 12/22 | J | | |
| 112. -Vanguard Tax Ex MM | | | K | T | Buy | 12/24 | J | | |
| 113. Vanguard Trust #2 (includes 114-136) | | | | | | | | | |
| 114. -GM Accep Corp | A | Interest | J | T | | | | | |
| 115. -Gateway Fund Class A | A | Dividend | K | T | | | | | |
| 116. -ING Prime Rate TR | A | Dividend | J | T | | | | | |
| 117. -Vanguard Tax Ex MM | | | | | Buy | 1/6 | J | | |
| 118. -Vanguard Tax Ex MM | | | | | Buy | 1/13 | J | | |
| 119. -Vanguard Tax Ex MM | | | | | Buy | 2/24 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M. | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -Vanguard Tax Ex MM | | | | | Buy | 3/9 | J | | |
| 121. -Vanguard Tax Ex MM | | | | | Buy | 3/23 | J | | |
| 122. -Vanguard Tax Ex MM | | | | | Buy | 4/1 | J | | |
| 123. -Vanguard Tax Ex MM | | | | | Buy | 4/17 | J | | |
| 124. -Vanguard Tax Ex MM | | | | | Buy | 5/22 | J | | |
| 125. -Vanguard Tax Ex MM | | | | | Buy | 6/1 | J | | |
| 126. -Vanguard Tax Ex MM | | | | | Buy | 6/22 | J | | |
| 127. -Vanguard Tax Ex MM | | | | | Buy | 6/30 | J | | |
| 128. -Vanguard Tax Ex MM | | | | | Buy | 7/22 | J | | |
| 129. -Vanguard Tax Ex MM | | | | | Buy | 8/24 | J | | |
| 130. -Vanguard Tax Ex MM | | | | | Buy | 9/22 | J | | |
| 131. -Vanguard Tax Ex MM | | | | | Buy | 9/29 | J | | |
| 132. -Vanguard Tax Ex MM | | | | | Buy | 10/22 | J | | |
| 133. -Vanguard Tax Ex MM | | | | | Buy | 11/23 | J | | |
| 134. -Vanguard Tax Ex MM | | | | | Buy | 12/1 | J | | |
| 135. -Vanguard Tax Ex MM | | | | | Buy | 12/22 | J | | |
| 136. -Vanguard Tax Ex MM | | | K | T | Buy | 12/24 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M. | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  Investments Ltd (includes 138-145) | | | | | | | | | |
| 138.  -Vanguard 500 Idx Inv | E | Dividend | O | T | | | | | |
| 139.  -Vanguard Tax Managed Cap Appreciation Adm | E | Dividend | P1 | T | | | | | |
| 140.  -Vanguard Tlt Int Index | E | Dividend | O | T | | | | | |
| 141.  -Vanguard Ltd Term Tax Ex Adm | | | | | Redeemed | 5/18 | J | | |
| 142.  -Vanguard Ltd Term Tax Ex Adm | | | | | Redeemed | 5/19 | J | | |
| 143.  -Vanguard Ltd Term Tax Ex Adm | E | Dividend | P1 | T | Sold | 9/24 | N | | |
| 144.  -Vanguard Ext Mkt Idx Adm | C | Dividend | N | T | | | | | |
| 145.  -Vanguard Total Stk Idx Adm | C | Dividend | N | T | Buy | 9/24 | N | | |
| 146.  Management Ltd (includes 147) | | | | | | | | | |
| 147.  -Prime Money Market | A | Dividend | J | T | | | | | |
| 148.  401k-Fidelity | | None | O | T | | | | | |
| 149.  Lexington Corp. Properties Trust (REIT) | A | Dividend | J | T | | | | | |
| 150.  JP Morgan Chase | | None | J | T | | | | | |
| 151.  Comerica | A | Dividend | O | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M. | 05/10/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report)*

Part I. Positions

Line 6: This entry was inadvertently left off previous Financial Disclosures. Trust was formed in 2007.

This year we had a very significant number of transactions. I relied on our financial advisor in the implementation, accounting and recording of these transactions.

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M. | 05/10/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature___

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES ( ... /IL
AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544